Timothy M. Haggerty
FRIEDMAN KAPLAN SEILER ADELMAN & ROBBINS LLP
One Gateway Center, 25th Floor
Newark, NJ 07102-5311
(973) 877-6400

*Attorney for Defendant Berg Liquor Systems, LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| AUTOBAR SYSTEMS OF N.J., d/b/a TOTAL LIQUOR CONTROLS<br><br>Plaintiffs,<br><br>-against-<br><br>BERG COMPANY, LLC, and BERG LIQUOR SYSTEMS, LLC,<br><br>Defendants. | Civil Action No.<br>3:23-CV-03790-MAS-JBD<br><br>**NOTICE OF MOTION ON CONSENT FOR ADMISSION OF APPLICANTS** *PRO HAC VICE*<br><br>Motion Day:<br>October 9, 2023 |

TO:    Michael J. Canning
       GIORDANO, HALLERAN & CIESLA, P.C.
       125 Half Mile Road
       Suite 300
       Red Bank, NJ 07701
       *Attorney for Plaintiffs*

PLEASE TAKE NOTICE that on October 9, 2023, or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendants Berg Liquor Systems, LLC shall move this Court, pursuant to Local Civil Rule 101.1(c), for an Order permitting the appearance *pro hac vice* of H. William Burdett, Jr., and Cianna G. Halloran in this matter.

4882-4378-3786.5

PLEASE TAKE FURTHER NOTICE that, in support of the within motion, Defendants shall rely upon the declarations of H. William Burdett, Jr., Cianna G. Halloran, and Timothy M. Haggerty submitted herewith.  Local Civil Rule 101.1(c)(1) provides that an attorney who is a member in good standing of the bar of any court of the United States or of the highest court of any state may be admitted *pro hac vice* in the discretion of the Court.  The qualifications of H. William Burdett, Jr. and Cianna G. Halloran are adequately described in the accompanying declarations, and it is submitted that no brief is necessary.  Plaintiffs' counsel has consented to this motion.

Dated: Newark, New Jersey
       September 20, 2023

s/ Timothy M. Haggerty
Timothy M. Haggerty
(NJ Bar #30462005)
FRIEDMAN KAPLAN SEILER
ADELMAN & ROBBINS LLP
One Gateway Center, 25th Floor
Newark, NJ 07102-5311
(973) 877-6400
Email: thaggerty@fklaw.com

*Attorney for Defendant Berg Liquor
Systems, LLC*
